

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

April 24, 2023

**NOTICE OF REVISED CAPTION**

Re: FlightSafety International Inc. v. Air Force, Appeal No. 2023-1700

The court's official caption has been revised to correct the name of the Appellant.

Please review the attached caption carefully and promptly advise this court in writing of any improper or inaccurate designations. The revised caption should be used on all future filings with the court. Previously submitted documents do not require correction.

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

By: M. Ames, Deputy Clerk

Attachment: Revised Official Caption

## Official Caption

**FLIGHTSAFETY INTERNATIONAL INC.,**
*Appellant*

**v.**

**SECRETARY OF THE AIR FORCE,**
*Appellee*

## Short Caption

FlightSafety International Inc. v. Air Force